SUSAN K. GAREA, SBN 260407
**BEESON, TAYER & BODINE, APC**
492 Ninth Street, Suite 350
Oakland, CA 94607-3865
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: sgarea@beesontayer.com

Attorneys for Defendants
INTERNATIONAL BROTHERHOOD OF TEAMSTERS; TEAMSTERS LOCAL 986

Emily K. Pantoja [MD Bar No. 1606210207]
*pro hac vice application forthcoming*
**INTERNATIONAL BROTHERHOOD OF TEAMSTERS**
25 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 624-8710
Facsimile: (202) 624-8970
Email: EPantoja@teamster.org

Attorneys for Defendant
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**AT SAN FRANCISCO**

JOHN R. SCHOLZ, III, an individual; on behalf of himself and all others similarly situated,

Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, a labor org.; TEAMSTERS LOCAL 986, a labor organization; UNITED AIRLINES, INC., a Delaware corporation,

Defendants.

Case No. 4:25-CV-06543-JST

**[PROPOSED] ORDER GRANTING UNION DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Hearing Date: January 22, 2026
Hearing Time: 2:00 p.m.
Courtroom: 6, 2nd Floor
Judge: Hon. Jon S. Tigar
Complaint Filed: August 4, 2025

Defendants International Brotherhood of Teamsters ("IBT") and Teamsters Local 986 (collectively, the "Union Defendants") Motion to Dismiss the Complaint came for hearing before this Court on January 22, 2026 at 2:00 p.m.

After considering the record, the briefs submitted and the arguments presented, the Court hereby GRANTS the Union Defendants' Motion to Dismiss the Complaint with prejudice.

Plaintiff cannot state a claim for breach of the duty of fair representation against Teamsters Local 986 because the IBT and only the IBT is the exclusive representative. Plaintiff has not stated a breach of the duty of fair representation against the IBT as a matter of law. Plaintiff's claim for the breach of the duty of fair representation (Count I) is dismissed pursuant to Rule 12(b)(6).

Plaintiff's Railway Labor Act claim (Count III) and claim for Declaratory Relief (Count IV) fail as a matter of law and are dismissed pursuant to Rule 12(b)(6) as the Railway Labor Act does not provide individual airline employees with a statutory right to proceed to the System Board of Adjustment over their Union's objection.

For the foregoing reasons, the Union Defendants' Motion to Dismiss is hereby **GRANTED**. Plaintiff's claims against the Union Defendants are dismissed with prejudice as further amendment would be futile.

**IT IS SO ORDERED.**

Dated:

____________________________________
HONORABLE JON S. TIGAR
U.S. District Judge