CHRIS A. HOLLINGER (S.B. #147637)
chollinger@omm.com
MOLLY EDGAR (S.B. #341857)
medgar@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
United Airlines, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. SCHOLZ, III, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, a labor organization; TEAMSTERS LOCAL 986, a labor organization; and UNITED AIRLINES, INC., a Delaware corporation;<br><br>Defendants. | Case No. 4:25-cv-06543-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNITED AIRLINES, INC.'S MOTION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION**<br><br>**Hearing Date**:  January 22, 2026<br>**Time**:    2:00 p.m.<br>**Location:**  Courtroom 6 |

## [PROPOSED] ORDER

Defendant United Airlines, Inc.'s ("United") Motion to Dismiss Plaintiff's Third Cause of Action came on for hearing before this Court on January 22, 2026 at 2:00 p.m.  After considering the briefs submitted in support of and in opposition to the motion and hearing argument from counsel, the Court hereby GRANTS United's Motion to Dismiss Plaintiff's Third Cause of Action with prejudice.

Plaintiff's claim for breach of collective bargaining agreement (Count III) against United is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction.  Because this claim is directly based on the parties' disputes regarding the proper interpretation of the collective bargaining agreement's ("CBA's") provisions concerning wage adjustments and the processing of grievances, Count III is a "minor dispute" under the Railway Labor Act ("RLA") which this Court has no jurisdiction to decide.  *See generally Ass'n of Flight Attendants, AFL-CIO v. Horizon Air Indus., Inc.*, 280 F.3d 901, 904, 906 (9th Cir. 2002).

For the foregoing reasons, United's Motion to Dismiss Plaintiff's Third Cause of Action is hereby GRANTED.  The Court orders dismissal of Count III with prejudice as to United Airlines, Inc.

**IT IS SO ORDERED.**

Dated:_____    _____
                                                                Honorable Jon S. Tigar
                                                                U.S. District Judge