Jane C. Mariani (SBN 313666)
jcm@marianiadvocacy.com
LAW OFFICE OF JANE C. MARIANI
587 Castro Street, #687
San Francisco, CA 94114
Tel.: (415) 203-2453

*Attorney for Plaintiff,*
JOHN R. SCHOLZ, III

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS NEAL MULLINS, an individual; JOHN R. SCHOLZ, III, an individual; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, a labor organization; TEAMSTERS LOCAL 986, a labor organization; UNITED AIRLINES, INC., a Delaware corporation; UNITED AIRLINES HOLDINGS, INC., a Delaware Corporation, <br><br> Defendants. | Case No. 3:23-cv-03939-EMC <br><br> **[PROPOSED] ORDER DENYING DEFENDANT UNITED AIRLINES, INC. MOTION TO RELATE CASES.** |

**[PROPOSED] ORDER**

The Court, having considered Defendant United Airlines, Inc.'s motion, hereby DENIES the request as contrary to the statutory requirements and orders in this Court.

**IT IS SO ORDERED.**

Dated: _____

                                                                            _____
                                                                            Honorable Edward M. Chen
                                                                            United States Senior District Court Judge

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Jane C. Mariani, hereby certify that on October 7, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of electronic filing to the CM/ECF registrants for this case.

Dated:   October 7, 2025         LAW OFFICE OF JANE C. MARIANI

By:   /s/ Jane C. Mariani
         JANE C. MARIANI

*Attorney for Plaintiff,*
JOHN R. SCHOLZ, III